[No. 9029-9-III. Division Three. December 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMIRO
CHAVEZ GALLEGOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01324-9, F. James Gavin, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.

[No. 9018-3-III. Division Three. December 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR JOE
SMITH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01381-8, Bruce P. Hanson, J., entered December 12, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.

[No. 8976-2-III. Division Three. December 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-1-00444-0, William J. Grant, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.